Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  17−24210−RG
           Chapter:  13
           Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Marcos A Rosario
 6203 Polk Street
 West New York, NJ 07093

Social Security No.:
 xxx−xx−0810

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/1/17.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 1, 2017
JAN: smz

                       Jeanne Naughton
                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-24210-RG
Marcos A Rosario                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 01, 2017
                            Form ID: 148        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.
```
db             +Marcos A Rosario,    6203 Polk Street,    West New York, NJ 07093-1613
cr             +CARISBROOK ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
516938690       Roundpoint Mortgage Services,    PO Box 19409,    Charlotte, NC  28219-9409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2017 00:03:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2017 00:03:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Aug 01 2017 23:28:00      Capital One Auto Finance,    Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
516950071      +EDI: AISACG.COM Aug 01 2017 23:28:00      Capital One Auto Finance, a division of Capital On,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516938692      +EDI: CHASE.COM Aug 01 2017 23:28:00      Chase,    PO Box 94014,    Palatine, IL 60094-4014
516938691      +EDI: CHASE.COM Aug 01 2017 23:28:00      Chase JP Morgan,    PO Box 94014,
                 Palatine, IL 60094-4014
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```